**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1276**

DIAN C. KISHUN,

             Plaintiff – Appellant,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security; LISA DE
SOTO, Deputy Commissioner of Disability Adjudication and
Review Board,

             Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:08-cv-00614-BO)

Submitted:  January 25, 2011        Decided:  March 14, 2011

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dian C. Kishun, Appellant Pro Se.   Robert K. Crowe, SOCIAL
SECURITY  ADMINISTRATION,  Baltimore,  Maryland,  for  Appellee
Astrue.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dian C. Kishun appeals the district court's order granting Astrue's motion for judgment on the pleadings, affirming the decision of the administrative law judge, and denying Kishun's motion for judgment on the pleadings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kishun v. Astrue, No. 5:08-cv-00614-BO (E.D.N.C. Jan. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED